IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANNE A. MARSH, | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-11-221 |
| FAMILY LIFE INSURANCE COMPANY, *et al.*, | § § § § § | |
| Defendant. | § | |

## ORDER

Counsel for the plaintiffs filed a unopposed motion for continuance of the scheduling conference, (Docket Entry No. 9). The motion is granted. The initial pretrial and scheduling conference is reset from June 24 to **June 27, 2011 at 3:00 p.m.** in Courtroom 11-B. Counsel must provide notice of the change to all other parties and counsel even if it appears they were sent notice by the Clerk.

SIGNED on June 20, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge